1  JODI LINKER, Cal. Bar No. 230273
   Federal Public Defender
2  Northern District of California
   CANDIS MITCHELL, Cal. Bar No. 242797
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:   (415) 436-7706
6  Email:        Candis_Mitchell@fd.org

7

8  Counsel for Defendant Hill

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  **United States of America,**          | **Case No.:** CR 24–509 JST

15              Plaintiff,                   | **Stipulation and Order To Continue Sentencing Hearing**

16         v.

17  **Justin Hill,**                        | **Court:**         Courtroom 6, 2nd Floor
                                             | **Hearing Date:**  December 12, 2025
18              Defendant.                   | **Hearing Time:**  9:30 a.m.

19

20         Defendant Justin Hill was set for sentencing on December 12, 2025, at 9:30 a.m. The parties

21  have met and conferred and are requesting a continuance of the sentencing date to December 19,

22  2025. Defense counsel's nephew is graduating from college on December 12, 2025, out of state and

23  counsel would prefer to attend the ceremony. All the parties, including Probation, would be available

24  December 19, 2025.

25

26

27

28

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
*HILL*, CR 24–509 JST
                                        1

1

2                                        IT IS SO STIPULATED.

3

4   Dated:      November 20, 2025

5                                        JODI LINKER,
                                         Federal Public Defender
6                                        Northern District of California

7                                                    /S
8                                        CANDIS MITCHELL
                                         Assistant Federal Public Defender
9

10  Dated:      November 20, 2025

11                                       CRAIG H. MISSAKIAN
                                         United States Attorney
12                                       Northern District of California

13                                                   /S
14                                       ANDREW PAULSON
                                         Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3              IN THE UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                        OAKLAND DIVISION
6

7  **United States of America,**          **Case No.:** CR 24–509 JST

8                  Plaintiff,             **Order To Continue Sentencing**
                                          **Hearing**
9           v.
                                          **Court:**          Courtroom 6, 2nd Floor
10 **Justin Hill,**

11                 Defendant.

12

13      Good cause shown, the sentencing currently set for December 12, 2025, at 9:30 a.m. is

14  continued to December 19, 2025, at 9:30 a.m.

15
16
17
           IT IS SO ORDERED.
18
19
    Dated:   November 24, 2025
20                                        JON S. TIGAR
21                                        United States District Judge
22
23
24
25
26
27
28

ORDER TO CONTINUE SENTENCING HEARING *HILL,*
CR 24–509 JST
                                        1